**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

CANDY HUNT                                                                                          PLAINTIFF

v.                           Case No. 3:23-cv-00183-BSM-JTK

MARTIN O'MALLEY,                                                                             DEFENDANT
Commissioner of Social Security

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand to the Commissioner for further administrative proceedings. (Doc. No. 8) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 27th day of February, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE