IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CANDY D. HUNT**                                                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 3:23-CV-00183-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                                                                              **DEFENDANT**

## ORDER

Candy Hunt's unopposed motion for attorneys' fees [Doc. No. 11] is granted, and she is awarded fees in the amount of $6,820 and costs in the amount of $402. *See* 28 U.S.C. § 2412. The fees will be paid by the Social Security Administration and the costs by the United States Treasury from the Judgment Fund. The Social Security Administration and the United States Treasury are directed to send $6,820 and $402, respectively, to Hunt because fees and costs awarded under section 2412 are payable to the claimant rather than the lawyer. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Hunt is responsible for paying David Chermol, who represented her.

IT IS SO ORDERED this 9th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE